

**NOT FOR PUBLIC VIEW** FID #1500601

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

V.

**WARRANT FOR ARREST**

**Eddie Yanez SANCHEZ**

Criminal Case No. 08 MJ 1703

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** <u>Eddie Yanez SANCHEZ</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a

__ Indictment __ Information X Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with Assualt on a Federal Officer with a deadly weapon (vehicle)

in violation of: 18 U.S.C. Section 111

_Jan M. Adler_
Name of Issuing Officer

_United States Magistrate Judge_
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

_May 30, 2008, San Diego, California_
Date and Location

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 MAY 30 A 11: 15

(By) Deputy Clerk

Bail Fixed at $ _To be determined_     by _[signature]_
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DATE: 6/9/08  ARRESTED BY: S/A Cadena, ICE  STEVEN C. STAFFORD  ACTING U.S. MARSHAL, S/CA  BY _[signature]_ | |

CLASS II J

1311 (vehicle)

MSW
30may08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

Eddie Yanez SANCHEZ

**WARRANT FOR ARREST**

Criminal Case No. **08 MJ 1703**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST: <u>Eddie Yanez SANCHEZ</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a

__ Indictment __ Information X Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with Assualt on a Federal Officer with a deadly weapon (vehicle)

in violation of: 18 U.S.C. Section 111

_Jan M. Adler_
Name of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

_[signature]_
Signature of Issuing Officer

May 30, 2008, San Diego, California
Date and Location

(By) Deputy Clerk
Bail Fixed at $ _To be determined_

by _[signature]_
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at SAN YSIDRO, CA PORT OF ENTRY | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/9/08 | EDWARD D. CIDERES SPECIAL AGENT | _[signature]_ |