```
                                              FILED
                                          2008 JUL -9 PM 3:38

                                          CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY_____KNK_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury                 08 CR 2272 BTM

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| | ) I N D I C T M E N T |
| v. | ) |
| | ) Title 18, U.S.C., Sec. 1114 - |
| EDDIE YANEZ SANCHEZ, | ) Attempted Murder; Title 18, |
| | ) U.S.C., Secs. 111(a)(1) |
| Defendant. | ) and (b) - Assault on a Federal |
| | ) Officer (Felony) |

The grand jury charges:

Count 1

On or about May 30, 2008, within the Southern District of California, defendant EDDIE YANEZ SANCHEZ, willfully and unlawfully did attempt to kill, United States Department of Homeland Security Border Protection Officer A. Olfato, while Officer Olfato was engaged in or on account of the performance of his official duties, by driving his vehicle directly at Officer Olfato and striking Officer Olfato with the vehicle; in violation of Title 18, United States Code, Section 1114.

//

//

CJB:em(1):San Diego
7/8/08

<u>Count 2</u>

On or about May 30, 2008, within the Southern District of California, defendant EDDIE YANEZ SANCHEZ did intentionally and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, United States Department of Homeland Security Border Protection Officer A. Olfato, while Officer Olfato was engaged in or on account of the performance of his official duties, in committing such offense, did use a deadly and dangerous weapon, to wit, defendant drove his vehicle directly at Officer Olfato, striking Officer Olfato with the vehicle, and did thereby inflict bodily injury upon Officer Olfato; in violation of Title 18, United States Code, Sections 111(a)(1) and (b), a felony.

DATED: July 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney